## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN TRAIL,<br><br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>          Defendants. | Court File No. 20-cv-01153-JRT-KMM |
| KEVIN KANE,<br><br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>          Defendants. | Court File No. 20-cv-01157-JRT-KMM |
| ROBERT TAYLOR,<br><br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>          Defendants. | Court File No. 20-cv-01161-JRT-KMM |

| | |
|---|---|
| JEFF HALL,<br><br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>       Defendants. | Court File No. 20-cv-01166-JRT-KMM |
| VINCENT GONZALES,<br><br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>       Defendants. | Court File No. 20-cv-01171-JRT-KMM |
| ANTHONY SKAALERUD,<br><br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>       Defendants. | Court File No. 20-cv-01175-JRT-KMM |

## **RULE 7.1 COMPLIANCE CERTIFICATE**

The undersigned hereby certifies that, pursuant to Local Rule 7.1(f) and the Parties'

stipulation, Plaintiffs' Omnibus Reply Memorandum in Support of Motion to Remand

2

contains 623 words, as determined through the word count feature of the Microsoft Office Word 2016 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text within the body of the document, including headings, footnotes, and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

The undersigned further certifies that Plaintiffs' opening memorandum contained 916 words, for a combined total of 1,539 words.

Dated: June 19, 2020                By s/Daniel E. Gustafson
                                    **GUSTAFSON GLUEK PLLC**
                                    Daniel E. Gustafson (#202241)
                                    Amanda M. Williams (#341691)
                                    120 South 6th Street, Suite 2600
                                    Minneapolis, Minnesota 54402
                                    Phone: 612-333-8844
                                    dgustafson@gustafsongluek.com
                                    awilliams@gustafsongluek.com

                                    **SCHWEBEL GOETZ & SIEBEN, P.A.**
                                    William R. Sieben (#100808)
                                    Alicia N. Sieben (#389640)
                                    Matthew J. Barber (#397240)
                                    5120 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, Minnesota 55402-2246
                                    Phone: 612-377-7777
                                    bsieben@schwebel.com
                                    asieben@schwebel.com
                                    mbarber@schwebel.com

                                    **PAUL LLP**
                                    Richard M. Paul III
                                    Ashlea G. Schwarz
                                    601 Walnut Street, Suite 300
                                    Kansas City, Missouri 64106
                                    Phone: 816-984-8100

Rick@PaulLLP.com
Ashlea@PaulLLP.com

**ATTORNEYS FOR PLAINTIFFS**